UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS R. TIBBLE,

    Plaintiff,

File No. 1:13-CV-137

v.

HON. ROBERT HOLMES BELL

CREDIT SOLUTIONS OF AMERICA,

    Defendant.
    _____/

# ORDER APPROVING AND ADOPTING
# REPORT AND RECOMMENDATION

On January 18, 2013, United States Bankruptcy Judge Jeffrey R. Hughes issued a Report and Recommendation ("R&R") recommending the Court avoid the transfer made by Debtors to Defendant Credit Solutions of America pursuant to 11 U.S.C. § 548, and enter a money judgment in favor of Plaintiff Thomas R. Tibble and against Defendant Credit Solutions of America in the amount of $6,721.78, together with interest at the statutory rate and costs of $293, pursuant to 11 U.S.C. § 550. (Dkt. No. 1, Attach. 1.)

No objections have been filed, and the objections period provided by Fed. R. Bankr. P. 9033(b)(c) has elapsed. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the January 18, 2013, R&R (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the transfer made by Debtors to Defendant Credit Solutions of America is **AVOIDED**.

**IT IS FURTHER ORDERED** that Defendant Credit Solutions of America pay Plaintiff Thomas R. Tibble $6,721.78, together with interest at the statutory rate and costs of $293.


Dated: February 28, 2013                     /s/ Robert Holmes Bell
                                             ROBERT HOLMES BELL
                                             UNITED STATES DISTRICT JUDGE